June 2, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

### EX PARTE JOHN MICHAEL ENARD

NO. 14-15-00766-CR                                   V.

_____

      This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal **DISMISSED** in accordance with its opinion.

      We further order this decision certified below for observance.